UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| The Travelers Indemnity Company<br><br>Plaintiff(s)<br><br>v.<br><br>Ryder Truck Rental, Inc., et al.<br><br>Defendant(s) | Civil Action No. 2:22–cv–87 |

## ORDER

On or before July 27, 2022, Plaintiff and Defendant shall return executed their Magistrate Judge Assignment Forms in accordance with Local Rule 73(c) and shall also file their Corporate Disclosure Statements pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

Dated at Burlington, in the District of Vermont, this 18th day of July 2022.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge